IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ELINDA J. STRIBLING**                                                                        **PLAINTIFF**

**VS.**                                         **4:08CV00596JMM**

**ARKANSAS STATE HOSPITAL**                                                       **DEFENDANT**

## ORDER

Pending are the Defendant's motion to dismiss, docket # 10 and Plaintiff's motion for leave to file an amended complaint, docket # 20. For good cause shown, Plaintiff's motion for leave to file an amended complaint is granted. Plaintiff may file her amended complaint within five (5) days of the entry of this Order. Defendant's motion to dismiss is denied without prejudice to re-file in the event Plaintiff's amended complaint fails to state facts upon which relief can be granted.

IT IS SO ORDERED this 9th day of September, 2008.

_____
James M. Moody
United States District Judge