IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELINDA J. STRIBLING                                                                    PLAINTIFF

Vs.                              CASE NO.   4:08cv00596 JMM

ARKANSAS STATE HOSPITAL                                                    DEFENDANT

## ORDER

Pending is Defendant's motion to dismiss the amended complaint (docket entry #24).  The Plaintiff is directed to file a response to the motion no later than Thursday, October 2, 2008.

Plaintiff  is required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. Plaintiff is instructed to be familiar and comply with said Rules.

Plaintiff must be familiar with Local Rule 5.5(c)(2), which provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently.  A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number.  If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

Dated this 19th day of September, 2008.

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK
CLERK OF COURT

By   /s/ Donna Jackson