IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELINDA J. STRIBLING                                                                PLAINTIFF

Vs.                           CASE NO.   4:08cv00596 JMM

ARKANSAS STATE HOSPITAL                                                DEFENDANT

## ORDER

The bench trial currently scheduled September 28, 2009, is canceled.  An order resetting the trial will be entered forthwith.

Plaintiff is directed to file a response to Defendant's motion for summary judgment (DE #63), no later than **October 21, 2009.**

IT IS SO ORDERED this 21st day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE