IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELINDA J. STRIBLING                                                              PLAINTIFF

Vs.                         CASE NO.   4:08cv00596 JMM

ARKANSAS STATE HOSPITAL                                                DEFENDANT

## ORDER

The bench trial scheduled sometime during the week of March 8, 2010, will begin Monday, March 8, 2010 at 9:15 a.m., Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Courtroom 4A, Little Rock, Arkansas.  Counsel are to be present no later than 8:45 a.m.

In preparation of the trial, Counsel are directed to pre-number all exhibits on the exhibit list and on the exhibit.  You do not have to use all of the exhibits listed, and you do not have to use them in order.  They must be pre-numbered, however.  Any exhibit added during trial must follow the last numbered exhibit on your list.  In addition to the original exhibits, Counsel should have a bound **copy** (as in a 3-ring notebook).  This will be for the judge. **Counsel should be prepared to identify opposing party's exhibits to which there are no objections to prior to starting the trial.**

Counsel should fax (501.604.5373) or e-mail (jmmchambers@ared.uscourts.gov) the trial witness list and exhibit list no later than the **Thursday, Thursday, March 4, 2010**.  These should be separate lists.  Counsel should also provide opposing counsel a copy of these lists.

Plaintiff's counsel is directed to file the trial brief and findings of fact and conclusions of law, **no later than Tuesday, March 2, 2010.**

Pursuant to General Order 54, Gregory Taylor and James Brader, Jr., are authorized to bring electronic device(s) to this proceeding and each day the trial continues.

IT IS SO ORDERED this 1st day of March, 2010.

                                                  UNITED STATES DISTRICT JUDGE