IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELINDA J. STRIBLING                                                                                           PLAINTIFF

V.                                              NO.  4:08cv00596 JMM

ARKANSAS STATE HOSPITAL                                                                        DEFENDANT

### ORDER

Plaintiff's appointed counsel is directed to file a response, on or before August 11, 2010, to Plaintiff's *pro se* motion for appointment of new counsel and other relief (doc. 101).

IT IS SO ORDERED this 4th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE