IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELINDA J. STRIBLING                                                                 PLAINTIFF

VS.                                           4:08CV00596JMM

ARKANSAS STATE HOSPITAL                                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed.

IT IS SO ORDERED this 2nd day of February, 2011.

_____
James M. Moody
United States District Court