IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELINDA J. STRIBLING                                                        PLAINTIFF

VS.                                    4:08CV00596JMM

ARKANSAS STATE HOSPITAL                                        DEFENDANT

## ORDER

Pending is Plaintiff's motion for reconsideration. (Docket # 134). For the reasons set forth in the Court's Order entered February 2, 2011, Plaintiff's motion is denied.

IT IS SO ORDERED this 2nd day of March, 2011.

_____
James M. Moody
United States District Judge